Earl **TATUM**, Appellant,

v.

**UNITED STATES** of America, Appellee.

No. 16637.

United States Court of Appeals District of Columbia Circuit.

Argued April 6, 1962.

Nov. 1, 1962.

Mr. John W. Cragun, Washington, D. C. (appointed by this court), for appellant.

Mr. Paul A. Renne, Asst. U. S. Atty., with whom Messrs. David C. Acheson, U. S. Atty., Victor W. Caputy, Asst. U. S. Atty., and Nathan J. Paulson, Asst. U. S. Atty., at the time of argument, were on the brief, for appellee. Mr. Abbott A.

Leban, Asst. U. S. Atty., also entered an appearance for appellee.

Before WILBUR K. MILLER, FAHY, and BURGER, Circuit Judges.

PER CURIAM.

Appellant challenges the admissibility of a confession made within 20 minutes after he was taken into police custody and makes other contentions which were not preserved for review by timely objection.

Our review of the record in light of the contentions on the merits satisfies us that there was no error warranting reversal.

For the reasons set forth in the case Tatum v. United States, 1962, 114 U.S. App.D.C. ——, 310 F.2d 854, we remand the case to the District Court for resentencing pursuant to that opinion.

Sentence set aside and case remanded for resentencing.